60 F.3d 813
 Bellevue Associates
v.
American Demolition, Inc. (Three Cases); American
Demolition, Inc., Georgia Corporation American Asbestos
Abatement, Inc., Georgia Corporation v. Lehrer, McGovern
Bovis of Pa., Inc., Richard I. Rubin & Co., Inc., Kaselaan &
D'Angelo Associates, Inc., Richard I. Rubin & Co.,
Pennsylvania General Partnership, General Partner of
Bellevue Associates (Three Cases)
 NOS. 94-1456, 94-1459, 94-1506, 94-1507, 94-1985, 94-1986
 United States Court of Appeals,
Third Circuit.
 May 19, 1995
 
 1
 Appeal From: E.D.Pa., Nos. 88-cv-00435, 88-cv-00636
 
 
 2
 AFFIRMED.